No. 808.  GIBSON *v.* RAGEN, WARDEN.  February 3, 1947.  Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 822.  BUTZ *v.* STUBBLEFIELD, SUPERINTENDENT.  February 3, 1947.  Petition for writ of certiorari to the Circuit Court of Randolph County, Illinois, denied.

No. 829.  AUSTIN ET AL. *v.* RAGEN, WARDEN.  February 3, 1947.  Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 835.  HADLEY *v.* UNITED STATES.  February 3, 1947.  Petition for writ of certiorari to the Court of Claims denied.  Petitioner *pro se.  Acting Solicitor General Washington, Assistant Attorney General Sonnett* and *Paul A. Sweeney* for the United States.

No. 844.  NEW YORK EX REL. MUMMIANI *v.* JACKSON, WARDEN.  February 3, 1947.  Petition for writ of certiorari to the County Court of Clinton County, New York, denied.  Petitioner *pro se.  Nathaniel L. Goldstein,* Attorney General of New York, and *Wendell P. Brown,* Solicitor General, for respondent.

No. 864.  PIFER *v.* UNITED STATES.  February 3, 1947.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.